**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SANDY ASAD,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| **v.** | : | **No. 25-5214** |
| | : | |
| **TRANSUNION LLC.,** | : | |
| **Defendant** | : | |

**ORDER**

This 24th day of November, 2026, it is hereby **ORDERED** that Defendant's Motion to Dismiss, ECF 23, is **GRANTED in part** and **DENIED in part** as follows: the motion is denied as to Plaintiff's individual claims under the Fair Credit Reporting Act. All other individual and class claims are dismissed with prejudice, as Plaintiff has been afforded three opportunities to advance her claims, and further leave to amend would be inequitable and prejudicial to Defendant. *Alston v. Parker,* 363 F.3d 229, 235 (3d Cir. 2004)

/s/ Gerald Austin McHugh
United States District Judge